# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1148. DAIJUAN TAIKAIN TAYLOR v. TARMARSHE SMITH, WARDEN et al.

In June 2023, prison inmate Daijuan Taylor filed a pro se petition for a writ of mandamus against the former warden of Macon State Prison and the State Board of Pardons and Paroles. The trial court granted the defendants' motions to dismiss the petition, and Taylor appealed to the Supreme Court of Georgia, which transferred the matter to this Court. *Taylor v. Smith*, Case No. S24A0536 (Feb. 20, 2024). We lack jurisdiction.

Under the Prison Litigation Reform Act of 1996, an appeal in a civil action filed by a prisoner must be initiated by filing an application for discretionary review. See OCGA § 42-12-8, cross-referencing OCGA § 5-6-35; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Taylor was incarcerated when he filed this civil action, his failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.[1] See *Jones*, 267 Ga. at 490-491.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/25/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.

---

[1] Taylor also sought to appeal the dismissal of his mandamus petition by filing an application for discretionary review, which this Court denied in February 2024. *Taylor v. Smith*, Case No. A24D0226 (Feb. 20, 2024).